IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LUIS BELTRAN FLORES** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:10cv107-LG-RHW |
| | § | |
| **COASTAL MARINE** | § | |
| **EQUIPMENT, INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter came before the Court on the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [17] that was filed by Coastal Marine Equipment, Inc. The Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because the plaintiff has failed to state a claim upon which relief can be granted, judgment is rendered in favor of the defendant, pursuant to Fed. R. Civ. P. 12(b)(6). This case is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE